UNITED STATES BANKRUPTCY COURT 2024 MAR -5 PM 12: 14
DISTRICT OF OREGON

In re

**Bliss Strucks**

Debtor

LODGED_____ REC'D_____ *C4c*
PAID **34** DOCKETED_____

Case No. 24-60412-tmr 7
☐Amended

**NOTICE OF DEBTOR'S AMENDMENT OF MAILING LIST OR SCHEDULES D, E/F, G, OR H**

**Notice**

The debtor has filed the attached amended mailing list or schedules.

If you are being added as a creditor to the mailing list or schedules and the deadlines to file a proof of claim or complaint under 11 U.S.C. § 523(c) or § 727 have passed, a discharge granted to the debtor may not discharge the debt owed to you.

If you are a creditor being deleted from the mailing list or schedules—

- You may not receive any further notices, and

- If this is a chapter 9 or 11 case, a proof of claim must be filed by the later of (a) 30 days from the service date of this notice or (b) the latest time fixed by the court.

You should contact your attorney with any questions.

**Filing Instructions for Debtor**

1. File this form to—

- add or delete creditors from the mailing list or Schedules D, E/F, G, or H;

- add addresses for creditors that were missing from the mailing list or Schedules D, E/F, G, or H filed with the petition; or

- change the amount or classification of a debt listed on Schedules D or E/F.

Payment of an amendment filing fee is required.

2. Adding or deleting creditors:

- If filing in paper, include a creditor mailing list with only the new or deleted creditors listed in the format required by Local Bankruptcy Form (LBF) 104. Be sure to label each set of changes with "Add" or "Delete."

**728 (12/1/2023)**　　　　　　Page 1 of 3

- If e-filing via ECF, enter the names and addresses of creditors being added or deleted, and use the appropriate ECF event to amend schedules or mailing lists. But, if more than two are being deleted, include a creditor mailing list with only the deleted creditors listed in the format required by LBF 104 rather than entering the deleted creditors' names in the event.

3. If amending Schedules D, E/F, G, or H, label amended schedules as "Supplemental," include only the new information, and file them with this notice.

4. Amending Schedules D or E/F:

   - Individual debtors must file the amended schedules with OF 106Sum.

   - Other debtors must file the amended schedules with OF 206Sum.

5. If the case is closed, file a separate motion to reopen with the applicable filing fee.

6. To file an address change for a previously listed creditor, use LBF 101C instead of this form.

**Service Instructions for Debtor**

7. When adding creditors, serve each new creditor with this notice, and a copy of any of the following documents that have already been filed in this case:

   A. The notice of meeting of creditors (also called notice of bankruptcy case) that includes all 9 digits of any social security number (SSN) or individual taxpayer identification number (ITIN).

   B. Each applicable amended schedule.

   C. If this is a chapter 7 case, any order fixing time for filing a proof of claim.

   D. If this is a chapter 9, 11, 12, or 13 case—

      - If the plan has not yet been confirmed, the notice of any pending confirmation hearing, all related documents sent with that notice and, in a chapter 13 case, the most recent proposed plan; or

      - If the plan has been confirmed, the most recent confirmation order and the most recent confirmed plan.

   E. If this is a chapter 11, 12, or 13 case: any notice of modification of plan including attachments if the deadline for objection has not passed.

   F. If this is a chapter 9 or 11 case—

- The names and addresses of the chairperson and any attorney for each official committee of creditors or equity security holders and

- The notice of any pending hearing on a disclosure statement, with attachments.

8. When deleting creditors, changing a creditor status (for example, undisputed to disputed), or reducing a creditor's claim, serve each affected creditor with this notice and the applicable amended schedules.

## Certificate of Compliance

The undersigned debtor or debtor's attorney certifies that all applicable requirements above have been completed and the attachments are true and correct or were individually verified by the debtor.

03/5/2024
Date

_Bliss A. Streeks_
Signature

BISS T. Streeks
Type or Print Signer's Name and Phone No.

1805 garden ave, apt 36, Eugene, OR 97403.-(8631)
Debtor's Address & Taxpayer ID#s (last 4 digits)

| | | | |
|---|---|---|---|
| Debtor 1 | **BLISS** | **TAJZANE** | **STREEKS** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** | | |
| Case number | **6:2024BK60412** | | |
| | (If known) | | |

☑ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ................................................ | $ 0 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $ 17,288.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* .................................................. | $ 17,288.00 |

### Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................ | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................. | + $ 94,511.75 |
| **Your total liabilities** | $ 94,511.75 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ................................................................................ | $ 2,794.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ................................................................................ | $ 4,090.00 |

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ ___1,980.12___

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| From Part 4 on *Schedule E/F*, copy the following: | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 54,372.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 54,372.00 |

Case 24-60412 dmt7   Doc 14   Filed 03/05/24

| Debtor 1 | BLISS | TAJZANE | STREEKS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF OREGON**

Case number (if known)  **6:2024BK60412**

☑ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number     Street

City     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

**2.2**

Priority Creditor's Name

Number     Street

City     State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

$_____   $_____   $_____

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
| --- | --- |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

---

**4.1**

AFTERPAY
Nonpriority Creditor's Name

760 MARKET ST. FLOOR 2 UNIT 2.03
Number     Street

SAN FRANCISCO                    CA        94102
City                             State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 8631 __ __

**When was the debt incurred?** 11/13/21

$ 3,000.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  COLLECTION

---

**4.2**

AMAZON
Nonpriority Creditor's Name

AMAZON. P.O. BOX 81226
Number     Street

SEATTLE                          WA        98108-1226
City                             State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 8631 __ __

**When was the debt incurred?** 4/1/18

$ 6,000.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  COLLECTION

---

**4.3**

CAP ONE
Nonpriority Creditor's Name

PO BOX 71083
Number     Street

CHARLOTTE                        NC        28272-1083
City                             State     ZIP Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 6682 __ __

**When was the debt incurred?** 10/1/21

$ 1,296.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

---

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.4

CAP ONE

Nonpriority Creditor's Name

PO BOX 71083

Number     Street

CHARLOTTE      NC      28272-1083

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   3056 __ __ __

When was the debt incurred?   9/1/21

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CREDIT CARD

$ 7,819.00

### 4.5

CONSUMER ADJUSTMENT

Nonpriority Creditor's Name

12855 TESSON FERRY SUITE

Number     Street

SAINT LOUIS      MO      63128

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   7739 __ __ __

When was the debt incurred?   10/1/23

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   COLLECTION

$ 155.00

### 4.6

CONSUMER ADJUSTMENT

Nonpriority Creditor's Name

12855 TESSON FERRY SUITE

Number     Street

SAINT LOUIS      MO      63128

City      State      ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   5055 __ __ __

When was the debt incurred?   10/1/23

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   COLLECTION

$ 282.00

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.7**

CAL STATE UNIVERSITY BAKERSFIELD
*Nonpriority Creditor's Name*

9001 STOCKDALE HIGHWAY
*Number*　　*Street*

BAKERSFIELD　　　　CA　　　93311
*City*　　　　　　　*State*　　*ZIP Code*

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 8631 __ __ __

**When was the debt incurred?** 8/1/17

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify COLLECTION

$ 3,000.00

---

**4.8**

CAMERON UNIVERSITY
*Nonpriority Creditor's Name*

2800 WEST GORE BOULEVARD
*Number*　　*Street*

LAWTON　　　　　　OK　　　73505
*City*　　　　　　　*State*　　*ZIP Code*

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 8631 __ __ __

**When was the debt incurred?** 8/18/22

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify COLLECTION

$ 6,000.00

---

**4.9**

DISCOVER
*Nonpriority Creditor's Name*

PO BOX 51908
*Number*　　*Street*

LOS ANGELES　　　CA　　　90051-6208
*City*　　　　　　　*State*　　*ZIP Code*

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 8520 __ __ __

**When was the debt incurred?** 3/1/21

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify CREDIT CARD

$ 2,004.00

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.10**

EDFIN/ESA

Nonpriority Creditor's Name

P.O. BOX 36008.

Number          Street

KNOXVILLE                              TN          37930

City                                   State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _0705_ ___ ___

**When was the debt incurred?** _5/1/19_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 385.00

---

**4.11**

EDFIN/ESA

Nonpriority Creditor's Name

P.O. BOX 36008.

Number          Street

KNOXVILLE                              TN          37930

City                                   State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _0705_ ___ ___

**When was the debt incurred?** _6/1/18_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 484.00

---

**4.12**

EDFIN/ESA

Nonpriority Creditor's Name

P.O. BOX 36008.

Number          Street

KNOXVILLE                              TN          37930

City                                   State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _0705_ ___ ___

**When was the debt incurred?** _10/1/17_

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 2,309.00

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.13**

EDFIN/ESA
Nonpriority Creditor's Name

P.O. BOX 36008.
Number        Street
KNOXVILLE                    TN        37930
City                         State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   0705 __ __ __

When was the debt incurred?   3/1/15

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 2,524.00

**4.14**

EDFIN/ESA
Nonpriority Creditor's Name

P.O. BOX 36008.
Number        Street
KNOXVILLE                    TN        37930
City                         State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   0705 __ __ __

When was the debt incurred?   8/1/19

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 2,781.00

**4.15**

EDFIN/ESA
Nonpriority Creditor's Name

P.O. BOX 36008.
Number        Street
KNOXVILLE                    TN        37930
City                         State     ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   0705 __ __ __

When was the debt incurred?   2019

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 2,784.00

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.16**

EDFIN/ESA
Nonpriority Creditor's Name
P.O. BOX 36008.
Number          Street
KNOXVILLE                                    TN          37930
City                                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __0705__  ___  ___

When was the debt incurred?  __5/1/19__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 2,784.00

---

**4.17**

EDFIN/ESA
Nonpriority Creditor's Name
P.O. BOX 36008.
Number          Street
KNOXVILLE                                    TN          37930
City                                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __0705__  ___  ___

When was the debt incurred?  __2019__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 3,213.00

---

**4.18**

EDFIN/ESA
Nonpriority Creditor's Name
P.O. BOX 36008.
Number          Street
KNOXVILLE                                    TN          37930
City                                    State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  __0705__  ___  ___

When was the debt incurred?  __10/1/17__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 3,362.00

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.19**

EDFIN/ESA

Nonpriority Creditor's Name

P.O. BOX 36008.

| Number | Street |
|---|---|
| KNOXVILLE | TN | 37930 |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0705 ___ ___ ___      $ 3,629.00

When was the debt incurred?  8/1/19

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

**4.20**

EDFIN/ESA

Nonpriority Creditor's Name

P.O. BOX 36008.

| Number | Street |
|---|---|
| KNOXVILLE | TN | 37930 |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0705 ___ ___ ___      $ 3,694.00

When was the debt incurred?  9/1/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

**4.21**

EDFIN/ESA

Nonpriority Creditor's Name

P.O. BOX 36008.

| Number | Street |
|---|---|
| KNOXVILLE | TN | 37930 |
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0705 ___ ___ ___      $ 3,711.00

When was the debt incurred?  3/1/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.22**

EDFIN/ESA
Nonpriority Creditor's Name
P.O. BOX 36008.
Number    Street
KNOXVILLE     TN     37930
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __0705__  __ __ __

When was the debt incurred?  __4/1/15__

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 5,033.00

---

**4.23**

EDFIN/ESA
Nonpriority Creditor's Name
P.O. BOX 36008.
Number    Street
KNOXVILLE     TN     37930
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __0705__  __ __ __

When was the debt incurred?  __9/1/15__

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 5,063.00

---

**4.24**

EDFIN/ESA
Nonpriority Creditor's Name
P.O. BOX 36008.
Number    Street
KNOXVILLE     TN     37930
City     State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  __0705__  __ __ __

When was the debt incurred?  __10/1/21__

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$ 5,551.00

---

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | Total claim |
|---|---|

**4.25**

EDFIN/ESA
Nonpriority Creditor's Name

P.O. BOX 36008
Number        Street

KNOXVILLE            TN        37930
City                 State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0705  __ __

When was the debt incurred?  10/1/21

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

$ 7,065.00

---

**4.26**

FAIR COLLECTIONS & OUTSOURCE
Nonpriority Creditor's Name

6931 ARLINGTON RD STE 400
Number        Street

BETHESDA            MD        20814
City                 State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5173  __ __

When was the debt incurred?  12/1/20

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  COLLECTION

$ 5,620.00

---

**4.27**

IBS COLLEGE OF BEAUTY
Nonpriority Creditor's Name

388 WEST 7TH AVENUE
Number        Street

EUGENE            OR        97401
City                 State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  8631  __ __

When was the debt incurred?  5/1/23

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  COLLECTION

$ 2,168.75

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.28**

LENDUP
Nonpriority Creditor's Name

1750 BROADWAY
Number          Street

OAKLAND                    CA          94612
City                       State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  9863 __ __ __

When was the debt incurred?  6/1/17

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  LOAN

$ 100.00

---

**4.29**

LVNVFUNDG
Nonpriority Creditor's Name

PO BOX 10584
Number          Street

GREENVILLE                 SC          29603
City                       State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  7881 __ __ __

When was the debt incurred?  12/1/22

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  OTHER

$ 992.00

---

**4.30**

SEZZLEINC
Nonpriority Creditor's Name

700 NICOLLET MALL
Number          Street

MINNEAPOLIS                MN          55402
City                       State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  7129 __ __ __

When was the debt incurred?  9/1/21

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  PAY OVER TIME LOAN

$ 503.00

---

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.31**

WFFNATBANK

Nonpriority Creditor's Name

420 MONTGOMERY STREET

Number          Street

SAN FRANCISCO                    CA          94104

City                                    State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __3870__ ___ ___ ___          $ 1,200.00

When was the debt incurred?   __5/1/08__

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __NEGATIVE BALANCE FROM B__

---

Nonpriority Creditor's Name

Number          Street

City                                    State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $_____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

Nonpriority Creditor's Name

Number          Street

City                                    State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $_____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify_____

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

| | | |
|---|---|---|
| 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + $ 0.00 |
| 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

**Total claim**

**Total claims from Part 2**

| | | |
|---|---|---|
| 6f. **Student loans** | 6f. | $ 54,372.00 |
| 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ 40,139.75 |
| 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 94,511.75 |

**Fill in this information to identify your case:**

| Debtor 1 | **BLISS** | **TAJZANE** | **STREEKS** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF OREGON**

Case number **6:2024BK60412**
(If known)

☑ Check if this is an amended filing

# Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

   ☐ No. Go to line 3.

   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No

   ☑ Yes. In which community state or territory did you live? _CA_____. Fill in the name and current address of that person.

   DREW LAZOS
   Name of your spouse, former spouse, or legal equivalent

   1760 CHEATHAM AVENUE
   Number         Street

   | BAKERSFIELD | CA | 93307 |
   |---|---|---|
   | City | State | ZIP Code |

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D (Official Form 106D)*, *Schedule E/F (Official Form 106E/F)*, **or** *Schedule G (Official Form 106G)*. **Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

Check all schedules that apply:

**3.1**

Name

Number         Street

City                 State         ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.2**

Name

Number         Street

City                 State         ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.3**

Name

Number         Street

City                 State         ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Fill in this information to identify your case:

| Debtor 1 | BLISS | TAJZANE | STREEKS |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number: 6:2024BK60412
(if known)

☑ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____  X _____
Signature of Debtor 1            Signature of Debtor 2

Date 3/5/2024                    Date _____
     MM / DD / YYYY                   MM / DD / YYYY

IN THE UNITED STATES BANKRUPTCY COURT FOR THE

DISTRICT OF OREGON

| IN RE: | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 6:2024BK60412 |
| BLISS TAJZANE STREEKS | ) | |
| Debtor. | ) | Chapter 7 |

## VERIFICATION OF MATRIX

The above named debtor hereby verifies that the attached List of Creditors is true and correct to the best of his/her/their knowledge.

Date: 3/5/2024

Debtor Signature

*add*

AFTERPAY

760 MARKET ST. FLOOR 2 UNIT 2.03

SAN FRANCISCO , CA 94102

*add*

AMAZON

AMAZON. P.O. BOX 81226

SEATTLE, WA 98108-1226

*add*

CAL STATE UNIVERSITY BAKERSFIELD

9001 STOCKDALE HIGHWAY

BAKERSFIELD, CA 93311

*add*

CAMERON UNIVERSITY

2800 WEST GORE BOULEVARD

LAWTON, OK 73505

CAP ONE

PO BOX 71083

CHARLOTTE, NC 28272-1083

CONSUMER ADJUSTMENT

12855 TESSON FERRY SUITE

SAINT LOUIS, MO 63128

DISCOVER
PO BOX 51908
LOS ANGELES, CA 90051-6208


EDFIN/ESA
P.O. BOX 36008
KNOXVILLE, TN 37930


FAIR COLLECTIONS & OUTSOURCE
6931 ARLINGTON RD STE 400
BETHESDA, MD 20814

*add*

IBS COLLEGE OF BEAUTY
388 WEST 7TH AVENUE
EUGENE, OR 97401

*add*

LENDUP
1750 BROADWAY
OAKLAND, CA 94612

*add*

LVNVFUNDG
PO BOX 10584
GREENVILLE, SC 29603

*add*

SEZZLEINC
700 NICOLLET MALL
MINNEAPOLIS, MN 55402


T-MOBILE
3625 132ND AVENUE SOUTHEAST
BELLEVUE, WA 98006


WFFNATBANK
420 MONTGOMERY STREET
SAN FRANCISCO, CA 94104